# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 19, 2014

## NO. 03-12-00081-CV

**James Sylvester, Ken Yarborough, and Josephine Miller, Appellants**

**v.**

**Texas Association of Business; Bill Hammond; BACPAC; Cigna Healthcare of Texas, Inc. and Connecticut General Life Insurance Company, Appellees**

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
AFFIRMED -- OPINION BY JUSTICE GOODWIN;
DISSENTING OPINION BY CHIEF JUSTICE JONES**

This is an appeal from the judgment signed by the trial court on November 15, 2011. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.